993 A.2d 269

Sakema GENTLES, Appellant

v.

Jeffrey BEARD, Secretary of the Department of Corrections, Appellee.

Supreme Court of Pennsylvania.

April 28, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of April 2010, the Order of the Commonwealth Court is hereby **AFFIRMED.**